UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

MARYANN ROBINSON,                               ECF CASE

             Plaintiff,                      07 Civ. 11189 (BSJ)

- against -

                                        AFFIDAVIT OF SERVICE

DEUTSCHE BANK TRUST
COMPANY AMERICAS,

             Defendant.

------------------------------------------------X

STATE OF NEW YORK    )
                               : ss.:
COUNTY OF NEW YORK  )

        ANDRES MORAN, being duly sworn, deposes and says:

        1.     I am not a party to the action, am over the age of 18 years and reside in New York, New York.

        2.     On December 13, 2007, at or about 12:15 p.m., I served the Summons and a copy of the Complaint, as well as the Individual Rules of Judge Jones and Magistrate Judge Peck, on defendant Deutsche Bank Trust Company Americas, by delivering them by hand to Khari Parson, Esq., an Attorney for Deutsche Bank, at 60 Wall Street, New York, New York.

        3.     Mr. Khari Parson stated that he was authorized to accept service of legal papers on behalf of Deutsche Bank Trust Company Americas. Mr. Parson is an African American male, approximately 5'9" in height, approximately 30-40 years of age, approximately 140 pounds, with black hair and black eyes. Mr. Parson signed the hand delivery slip that is attached to this affidavit.

                                                              _____
                                                                ANDRES MORAN

Sworn to before me this
14th day of December, 2007

_____
        Notary Public

FLORISTEANE ANTHONY
COMMISSIONER OF DEEDS
CITY OF NEW YORK-No. 4-2195
Certificate Filed in New York County
Commission Expires: October 1, 2009

248816 v1

**HAND DELIVERY**

DELIVERED BY: AM

FROM: VLADECK, WALDMAN, ELIAS, & ENGELHARD, P.C.
1501 BROADWAY  N.Y., N.Y.  10036

TO: Deutsche Bank Trust Co. Americas
60 Wall Street
NYC

DATE: 12/13/07

CLIENT #: 61454 9094

MATTER #: 1

ATTY SEC: JI

RCVD. BY (PRINT): Khari Parson

RCVD. BY (SIGN): [signature]

TIME RCVD: 12:15

SPECIAL INSTRUCTIONS: Title: Attorney