Jones/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
MARYANN ROBINSON,

        Plaintiff,

v.

DEUTSCHE BANK TRUST COMPANY
AMERICAS

        Defendant.

---------------------------------------- X

07-CV-11189 (BSJ)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

## STIPULATION EXTENDING DEFENDANT DEUTSCHE BANK TRUST COMPANY AMERICAS TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

It is hereby stipulated and agreed, by and between the Plaintiff and Defendant Deutsche Bank Trust Company Americas ("Deutsche Bank") in the above-captioned matter, that Deutsche Bank's time to answer, move or otherwise respond to the Complaint in the above-captioned action is hereby extended until February 4, 2008.

Dated: New York, New York
       January 4, 2008

STIPULATED AND AGREED:

By: _____
Debra L. Raskin (DR 5431)

VLADECK, WALDMAN,
ELIAS & ENGELHARD, P.C.
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7300
*Attorneys for Plaintiff*

By: _____
Kenneth J. Turnbull (KJT-4458)

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000
*Attorneys for Defendant, Deutsche Bank Trust Company Americas*

SO ORDERED:

_____
Barbara S. Jones, U.S.D.J.
1/7/08