UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
MARYANN ROBINSON,                         :
        Plaintiff,             :   07-CV-11189 (BSJ)

  -against-                              :

DEUTSCHE BANK TRUST COMPANY               :   **DEFENDANT DEUTSCHE BANK TRUST COMPANY AMERICA'S RULE 7.1 STATEMENT**
AMERICAS,
        Defendant.             :

                                                :
---------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendant Deutsche Bank Trust Company Americas ("DBTCA"), a private non-governmental party, certifies that the following are its corporate parents: Deutsche Bank Trust Corporation, Taunus Corporation, Deutsche Bank AG.  DBTCA further certifies that other than the aforementioned corporate parents, there is no publicly held corporation that owns 10% or more of DBTCA's stock.

Dated: New York, New York.          Respectfully submitted,
       February 4, 2008

                                        By:    Kenneth Turnbull
                                               Kenneth J. Turnbull  (KT-4458)

                                               Morgan, Lewis & Bockius LLP
                                             101 Park Avenue
                                             New York, NY  10178-0600
                                             (212) 309-6000
                                             fax: (212) 309-6001

                                             Attorneys for Defendant
                                             DEUTSCHE BANK TRUST COMPANY AMERICAS

-2-

Case 1:07-cv-11189-BSJ-DCF    Document 5    Filed 02/04/2008    Page 2 of 2