UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARYANN ROBINSON,

                      Plaintiff,

              -against-

DEUTSCHE BANK TRUST
COMPANY AMERICAS,

                      Defendant.
------------------------------------------------------------X

07-CV-11189 (BSJ)
**ELECTRONICALLY FILED**

## DEUTSCHE BANK TRUST COMPANY AMERICA'S
## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that Defendant Deutsche Bank Trust Company Americas, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Local Civil Rules of the Southern District of New York, and upon: (1) the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss; and (2) the Declaration of Christina Drago and the exhibits attached thereto, hereby move this Court, before the Honorable Barbara S. Jones, in the United States District Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 11D, New York, NY, 10007, on a date and at a time to be designated by the Court, for an Order (a) dismissing the claim of Maryann Robinson for fraudulent inducement for failure to state a claim upon which relief can be granted; and (b) granting such other and further relief as the Court may deem just and proper.

Dated: February 4, 2008
      New York, New York

                MORGAN, LEWIS & BOCKIUS LLP
                By:____/s/ Kenneth Turnbull_____
                     Kenneth J. Turnbull (KT-4458)

                101 Park Avenue
                New York, New York 10178
                (212) 309-6000

                Attorneys for Deutsche Bank Trust Company Americas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

MARYANN ROBINSON,

       Plaintiff,

  -against-

DEUTSCHE BANK TRUST COMPANY
AMERICAS,

       Defendant.

------------------------------------- X

07-CV-11189 (BSJ)

**ELECTRONICALLY FILED**

## ORDER

THIS MATTER having come before the Court by way of Plaintiff Maryann Robinson's claim for fraudulent inducement and opposition having been filed thereto by the Defendant named by Plaintiff, Deutsche Bank Trust Company Americas, and the court having considered the moving and non-moving papers and other competent information referenced therein, and for good cause shown,

IT IS on this ___ day of _____ 2008, hereby ORDERED, that Plaintiff's Claim of Fraudulent Inducement is DISMISSED with prejudice.

                                          BY THE COURT:

                                          _____
                                          U.S.D.J., S.D.N.Y.