

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MARYANN ROBINSON,

        Plaintiff,

07 Civ. 11189 (BSJ)

- against -

ECF CASE

DEUTSCHE BANK TRUST
COMPANY AMERICAS,

STIPULATION AND ORDER

        Defendant.
------------------------------------X

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to the approval of the Court, that plaintiff's time to file his papers in opposition to defendant's motion to dismiss the Complaint shall be extended up to and including February 20, 2008; that defendant's last day to file any reply papers shall be extended up to and including March 5, 2008; and the return date for this motion shall be adjourned from February 26, 2008 until March 6, 2008, or such other date as the Court and counsel shall agree.

Dated: New York, New York
      February __14__, 2008

Dated: New York, New York
      February __14__, 2008

VLADECK, WALDMAN,
ELIAS & ENGELHARD, P.C.
Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS, L.L.P.
Attorneys for Defendant

BY   _____
Debra L. Raskin (AC 6456)
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7300

_____
Kenneth J. Turnbull (KT 4458)
101 Park Ave.
New York, New York 10178
(212) 309-6000

249787 v1

**SO ORDERED:**

_____
U.S.D.J.

2/15/08