JONES, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
MARYANN ROBINSON,              :

      Plaintiff,             :
                            07-CV-11189 (BSJ)
   v.                          :

DEUTSCHE BANK TRUST COMPANY    :
AMERICAS

      Defendant.             :

                                       :
------------------------------------ X

### STIPULATION EXTENDING DEFENDANT DEUTSCHE BANK TRUST COMPANY AMERICA'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

It is hereby stipulated and agreed, by and between the Plaintiff and Defendant Deutsche Bank Trust Company Americas ("Deutsche Bank") in the above-captioned matter, that Deutsche Bank's time to answer, move or otherwise respond to the Complaint in the above-captioned action is hereby extended until July 16, 2008.

Dated: New York, New York
       June 17, 2008

STIPULATED AND AGREED:

By: ___/s/ Debra L. Raskin___
  Debra L. Raskin (DR 5431)

VLADECK, WALDMAN,
ELIAS & ENGELHARD, P.C.
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7300
*Attorneys for Plaintiff*

By: ___/s/ Kenneth J. Turnbull___
  Kenneth J. Turnbull (KJT-4458)

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000
*Attorneys for Defendant, Deutsche Bank Trust Company Americas*

**SO ORDERED:**

___/s/ Barbara S. Jones___
Barbara S. Jones, U.S.D.J.

1-NY/2325126.1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```