UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARYANN ROBINSON,

        Plaintiff,

  - against -

DEUTSCHE BANK TRUST
COMPANY AMERICAS,

        Defendant.
------------------------------------------------------------X

07 Civ. 11189 (BSJ) (DCF)

**CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/08

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. This case is to be tried to a jury.

2. Joinder of additional parties to be accomplished by __October 15, 2008__.

3. Amended pleadings may be filed without leave of the Court until __October 15, 2008__.

4. Initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1) to be exchanged by __September 9, 2008__.

5. Initial requests for production of documents to be served by __September 22, 2008__.

6. Interrogatories to be served by all parties by __September 22, 2008__. *parties may serve interrogatories pursuant to Local Civil Rule 33.3(b), rather than be limited to 33.3(a).*

7. All _fact_ discovery to be completed by ~~April~~ January 30, 2009.

    a. Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

    b. Depositions of all parties shall proceed during the same time.

    c. Unless the parties agree or the Court so orders, non-party depositions shall follow party depositions when possible.

8. Experts, if any, ~~are to be~~ designated by __May 1, 2009__; and their reports to be exchanged by __May 29, 2009__. Expert depositions to be completed by __June 30, 2009__.

253483 v1

9. Dispositive motions, if any, are to be served and filed by _June 30, 2009_, unless there is expert discovery. Opposition papers are to be served and filed by _August 5, 2009_. Reply papers are to be served and filed by _August 31, 2009_.

10. The parties' joint pre-trial order will be filed 90 days after the close of discovery or, if dispositive motions are filed, 90 days from notice of the Court's decision on dispositive motions.

**SO ORDERED.** *Parties to initiate a telephone status conference with the Court on October 29, 2008 at 10:00 am.*

DATED: New York, New York

8/19/08

_____
DEBRA FREEMAN
U.S.M.J.

253483 v1