UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

MARYANN ROBINSON,

        Plaintiff,                       07 Civ. 11189 (BSJ) (DCF)

       - against -                     ECF CASE

DEUTSCHE BANK TRUST
COMPANY AMERICAS,

        Defendant.
----------------------------------------X

      PLEASE TAKE NOTICE that the undersigned enters his appearance as counsel for plaintiff herein.

Dated: New York, New York
       August 25, 2008

                                        VLADECK, WALDMAN, ELIAS &
                                        ENGELHARD, P.C.

                By: _____
                      Anand Swaminathan (AS 2095)
                      Attorneys for Plaintiff
                      1501 Broadway, Suite 800
                      New York, New York 10036
                      (212) 403-7300
                      aswaminathan@vladeck.com

253961 v1